**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Jonathan** | |
| | | First name | First name |
| | | | |
| | | Middle name | Middle name |
| | Bring your picture identification to your meeting with the trustee. | **O'Neil** | |
| | | Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** | | |
| | Include your married or maiden names and any assumed, trade names and *doing business as* names. | **Jon O'Neil** **Jonathan P. O'Neil** | |
| | Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-2727** | |

Debtor 1    **Jonathan O'Neil**                                    Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

**5. Where you live**

| | |
|---|---|
| **403 Center Street**<br>**West Haven, CT 06516**<br>Number, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **New Haven**<br>County | _____<br>County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

- ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

- ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

- ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

- ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Debtor 1   **Jonathan O'Neil**                                    Case number *(if known)*

<hr>

| Part 2: | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| District | ___ | When | ___ | Case number | ___ |
| District | ___ | When | ___ | Case number | ___ |
| District | ___ | When | ___ | Case number | ___ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ☑ Yes.

| Debtor | **James O'Neil** | Relationship to you | **Co-Member** |
| District | **Connecticut** | When | Case number, if known |
| Debtor | **Thomas Lucia** | Relationship to you | **Co-Member** |
| District | **Connecticut** | When | Case number, if known |

**11. Do you rent your residence?**

- ☑ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Jonathan O'Neil**                                                    Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1   **Jonathan O'Neil**                                               Case number *(if known)*

---

**Part 5:**   Explain Your Efforts to Receive a Briefing About Credit Counseling

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>    ☐ **Incapacity.**<br>    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>    ☐ **Disability.**<br>    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>    ☐ **Active duty.**<br>    I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>    ☐ **Incapacity.**<br>    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>    ☐ **Disability.**<br>    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>    ☐ **Active duty.**<br>    I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

---

Debtor 1    **Jonathan O'Neil**                                                                Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Jonathan O'Neil**

| | |
|---|---|
| **Jonathan O'Neil** | |
| Signature of Debtor 1 | Signature of Debtor 2 |

| | |
|---|---|
| Executed on    **September 12, 2024** | Executed on |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1    **Jonathan O'Neil**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| **/s/ Stuart H. Caplan** | Date | **September 12, 2024** |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Stuart H. Caplan ct12643**
Printed name

**Law Offices of Neil Crane, LLC**
Firm name

**2679 Whitney Avenue**
**Hamden, CT 06518**
Number, Street, City, State & ZIP Code

Contact phone    **203-230-2233**          Email address    **stuart@neilcranelaw.com**

**ct12643 CT**
Bar number & State

---

ADT Security Services
Attn: President / Manager
3190 South Vaughtn Way
Aurora, CO 80014


Affirm, Inc.
Attn: President / Manager
650 California Street, FL 12
San Francisco, CA 94108


Affirm, Inc.
Attn: President / Manager
30 Isabella Street, 4th Floor
Pittsburgh, PA 15212


AG Adjustments
Attn: President / Manager
One Huntington Quadrangle, Ste 4N15
Melville, NY 11747


AG Adjustments
Attn: President / Manager
PO Box 9090
Melville, NY 11747


Airgas USA, LLC
Attn: President / Manager
PO Box 1152
Tulsa, OK 74101


Airgas USA, LLC
Attn: President / Manager
30 N. Plains Industrical Rd
Wallingford, CT 06492-2357


Amazon Freight
Attn: President / Manager
PO Box 81226
Seattle, WA 98108-1226


Amazon Legal Department
Attn: President / Manager
2021 7th Ave
Seattle, WA 98121

Amazon Lending
Attn: President / Manager
325 9th Ave N.
Seattle, WA 98109-5210


Amazon.com
Attn: President / Manager
PO Box 960013
Orlando, FL 32896-0013


American Express
Attn: President / Manager
PO Box 1270
Newark, NJ 07101-1270


Attorney General of the United States
Attn: President / Manager
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001


Attorney Lauren Dorsett
Attn: President / Manager
Davis Wright Tremaine, LLP
920 5th Ave, Suite 3300
Seattle, WA 98104-1610


Bank of America
Attn: President / Manager
PO Box 15019
Wilmington, DE 19886-5019


Bridgecrest
Attn: President / Manager
PO Box 842695
Los Angeles, CA 90084


Bridgeport Hospital
Attn: President / Manager
267 Grant Street
Bridgeport, CT 06610


C T Corporation System R/A
Attn: President / Manager
Walmart
1200 South Pine Island Road
Fort Lauderdale, FL 33324

Capital One
Attn: President / Manager
PO Box 30285
Salt Lake City, UT 84130


CBNA
Attn: President / Manager
PO Box 6497
Sioux Falls, SD 57117


Citi Cards
Attn: President / Manager
PO Box 9001037
Louisville, KY 40290


Civil Process Clerk
Attn: President / Manager
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510


Comcast
Attn: President/Manager
P.O. Box 70219
Philadelphia, PA 19176-0219


Corporation  Service Company R/A
Attn: President / Manager
Amazon.com Services, LLC
1201 Hays Street
Tallahassee, FL 32301


Coyote Logistics
Attn: President / Manager
2545 W. Diversey Ave
Chicago, IL 60647


Credit One
Attn: President / Manager
PO Box 60500
City of Industry, CA 91716


De Lage Laden Financial Services, Inc.
Attn: President / Manager
Kareen Monroe
PO Box 825736
Philadelphia, PA 19182-5736

```
Discover Bank
Attn: President / Manager
6500 New Albany Rd E
New Albany, OH 43054


dLL Financial Partners
Attn: President / Manager
1111 Old Eagel School Road
Wayne, PA 19087


Elm City IP Holdings
Attn: President / Manager
110 Republic Drive
North Haven, CT 06473


Estes
Attn: President / Manager
PO Box 25612
Richmond, VA 23260-5612


Feedvisor
Attn: President / Manager
122 Grand St, Suite 23,
New York, NY 10013


Fortiva
Attn: President / Manager
PO Box 650721
Dallas, TX 75265-0721


Happy Money, Inc.
Attn: President/Manager
21515 Hawthorne Blvd, Ste. 200
Torrance, CA 90503


Idea 247 Inc
Attn: President / Manager
c/o Justin Leto
200 SE 1st St, Suite 703
Miami, FL 33131


IDEA 247 Inc. aka Idea Financial
Attn: President / Manager
200 SE 1st Street, Suite 703
Miami, FL 33131
```

```
Idea Financial Finance Dept
Attn: President / Manager
200 South East 1st St
Suite 703
Miami, FL 33131


Internal Revenue Service
Attn: President / Manager
PO Box 7346
Philadelphia, PA 19101-7346


James J. Perito, Esquire
Attn: President / Manager
265 Church Street
New Haven, CT 06510


Joseph O'Connor
Attn: President / Manager
O'connor & O'connor
7 Bayview Avenue
Northport, NY 11768


JPMCB Card Services
Attn: President / Manager
PO Box 15369
Wilmington, DE 19850


Justin Leto
Attn: President / Manager
CFO Idea Financial
200 SE 1st St, #200
Miami, FL 33131


Karen Monroe
Attn: President / Manager
Lease Direct
PO Box 6980
Wayne, PA 19087


Lakeview Loan Servicing, LLC
Attn: President / Manager
Mail Stop MS5/251
4425 Ponce DeLeon Blvd.
Miami, FL 33146
```

Lease Direct
Attn: President / Manager
PO Box 6980
Wayne, PA 19087


Liberty Bank
Attn: President / Manager
315 Main Street
Middletown, CT 06457


Marlin Capital Solutions
Attn: President / Manager
300 Fellowship Rd
Mount Laurel, NJ 08054


Nannette Stice
Attn: President / Manager
Altus Receivables Management
PO box 186
Metairie, LA 70004


Oak Ridge Hauling
Attn: President / Manager
PO Box 1937
Danbury, CT 06813


Parafin Inc.
Attn: President / Manager
301 Howard St, Ste 1500
San Francisco, CA 94105


PayPal Credit Services/SYNCB
Attn: President / Manager
PO Box 960080
Orlando, FL 32896-0080


PEAC
Attn: President / Manager
300 Fellowship Road
Mount Laurel, NJ 08054


Santander Bank, N.A.
Attn: President/Manager
1130 Berkshire Blvd 3rd Floor
Wyomissing, PA 19610

```
SCGC
Attn: President / Manager
PO Box 847819
Boston, MA 02284-7819


Scott Briskin
Attn: President / Manager
A. G. Adjustments LTD
PO Box 9090
Melville, NY 11747


Shriley Wong
Attn: President / Manager
301 Howard Street, Ste 5
San Francisco, CA 94105


Sofi Bank, N.A.
Attn: President/Manager
2750 Cottonwood Parkway Suite 300 Assoc.
Cotton Heights, UT 84121


State of  Connecticut - DRS
Attn: President / Manager
Collections Unit - Bankruptcy
450 Columbus Blvd., Ste. 1
Hartford, CT 06103-1837


Steven Maniloff, Esquire
Attn: President / Manager
Montomery McCracken Walker Rhoads LLP
1735 Market St, 21st Fl
Philadelphia, PA 19103


Tashieka Wiggan, Collection Specialist
Attn: President / Manager
300 Fellowship Road
Mount Laurel, NJ 08054


Thayer Distribution Inc.
Attn: President / Manager
500 Springbrooke Blvd
Aston, PA 19014


Uline
Attn: President / Manager
12575 Uline Drive
Pleasant Prairie, WI 53158
```

United Illuminating
Attn: President / Manager
100 Marsh Hill Road
Orange, CT 06477


UPS
Attn: President / Manager
PO Box 7247-0244
Philadelphia, PA 19170-0001


US Small Business Admin.
Attn: President / Manager
PO Box 3918
Portland, OR 97208-3918


US Small Business Admin.
Attn: President / Manager
280 Trumbull St, 2nd Floor
Hartford, CT 06103


US Small Business Administration
Attn: President / Manager
409 3rd St, SW
Washington, DC 20416


Venmo/Synchrony Bank
Attn: President / Manager
Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060


Walmart Corporate
Attn: President / Manager
Attn: Legal Department
702 SW 8th Street
Bentonville, AR 72716-0160


WB Mason Co., Inc.
Attn: President / Manager
PO Box 981101
Boston, MA 02298-1101


Willie Love
Attn: President / Manager
Aubrey Thrasher
12 Powder Spring St, Ste 240
Marietta, GA 30064

```
Yale-New Haven Health
Attn: President / Manager
PO Box 1403
New Haven, CT 06505


Yale-New Haven Hospital
Attn: President / Manager
20 York Street
New Haven, CT 06511
```